UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23953-CIV-Williams/Turnoff

IN ADMIRALTY

ZORANA TUKMANOVIC,

    Plaintiff,

vs.

STEINER TRANSOCEAN U.S., INC.,

    Defendant.

_____/

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

COMES NOW, Pedro P. Sotolongo, Esquire, and Sotolongo, P.A. and hereby files this Motion to Withdraw as Co-Counsel of Record for Plaintiff, Zorana Tukmanovic, and states as follows:

1.     Pedro P. Sotolongo, Esq. and Sotolongo, P.A. can no longer represent Plaintiff due to irreconcilable differences with Co-Counsel J.M. Perez, Jr., Esq.

2.     Plaintiff, Zorana Tukmanovic, whose current address is st. 19 Skadarska, 11000 Belgrade, Serbia, has been notified of this withdrawal as co-counsel via Email at girl_from_belgrade@yahoo.com. A copy of the correspondence is attached as ***Exhibit "1."***

3.     Plaintiff will continue to be represented by lead-counsel/attorney J.M. Perez, Jr, Esq., and The Law Offices of J.M. Perez, Jr., Esq.

WHEREFORE, Pedro P. Sotolongo, Esq. and Sotolongo, P.A., respectfully requests this Court to enter an order relieving and discharging Pedro P. Sotolongo, Esq. and Sotolongo, P.A. of further responsibility in this case.

Dated: April 4, 2013

                                            Respectfully submitted,

                                            Attorney for Plaintiff,

                                            **SOTOLONGO, P.A.**
                                            201 South Biscayne Blvd.,
                                            Suite 905
                                            Miami, Florida 33131
                                            Telephone:    (305) 415-0073

                                By: __/s/ Pedro P. Sotolongo_____
                                              Pedro P. Sotolongo
                                              Florida Bar No.: 0584101

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 4th day of April, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF and, by mail for counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              By: __/s/ Pedro P. Sotolongo_____
                                              Pedro P. Sotolongo
                                              Florida Bar No.: 0584101

**SERVICE LIST**
**CASE NO.: 12-23953-CIV-Williams/Turnoff**

Zorana Tukmanovic
Fgirl_from_belgrade@yahoo.com
St. 19 Skadarska
11000 Belgrade
Serbia
*Plaintiff*

Darren Friedman, Esq. (FBN 0146765)
dfriedman@fflegal.com
Elisha Sullivan, Esq. (FBN 0057559)
esullivan@fflegal.com
Foreman Friedman, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Blvd.
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*

J.M. Perez, Jr., Esq. (FBN 0107931)
jmplaw@bellsouth.net
Law Offices of J.M. Perez, Jr., Attorney at Law, P.A.
7975 N.W. 154th Street, #420
Miami Lakes, Florida 33016
Phone: 305-860-6400
Fax: 305-675-3777
*Co-Counsel for Plaintiff*

# EXHIBIT 1

# SOTOLONGO, P.A.

Peter P. Sotolongo, Esquire
Miami Center
201 Biscayne Blvd, Suite 905
Miami, Florida 33131

psotolongo@sotolongolaw.com
Telephone: (305) 415-0073

---

April 3, 2013

**VIA EMAIL:** girl_from_belgrade@yahoo.com
Zorana Tukmanovic
st.19 Skadarska, 11000 Belgrade,
Serbia

    Re:    **Zorana Tukmanovic v. Steiner Transocean Ltd.**
              **USDC Case No.: 12-cv-23953-KMW**

Dear Ms. Tukmanovic:

    Please be advised that due to irreconcilable differences with co-counsel Law Offices of J.M. Perez, Jr. Esq., Sotolongo, P.A. will no longer be able to represent you in the above referenced matter. Please note that the decision is not based on any opinions formed regarding the merits of your claim. You will continue to be represented by The Law Offices of J.M. Perez, Esq. Should you have any questions, please do not hesitate to contact his office at (305) 860-6400.

    Thank you for the opportunity to represent you. I regret that we could not assist you in pursuing your claim. We wish you the best of luck in obtaining a fair resolution of your claim.

                                                    Very truly yours,

                                                  Peter P. Sotolongo

cc: J. M. Perez, Esq.
PPS/toc

**Subject:** RE: Tukmanovic v. Steiner Transocean Ltd.
**Date:** Wednesday, April 3, 2013 4:56:33 PM Eastern Daylight Time
**From:** Tiffany Orr-Chambers
**To:** Zorana Tukmanovic
**CC:** Peter Sotolongo, AllOfficeUsers, 'john@jperezlaw. com', Office

Ms. Tukmanovic,

Please see attached letter dated today.

Should you have any questions, please do not hesitate to contact me.

Thank you,

*Tiffany Orr-Chambers*
Paralegal
Sotolongo, PA
Miami Center
201 South Biscayne Blvd.
Suite 905
Miami, FL 33131
Telephone: (305) 415-0073
Email: litigation@sotolongolaw.com